NTCHRGA (10/06)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

---

In Re:  Jaspreet Kaur Attariwala
Debtor

          Case No.: 19−00828−SMT
          Chapter 13

Bioconvergence LLC
Plaintiff

v.

Jaspreet Kaur Attariwala
Defendant

Adv. Proc. No. 20−10009−SMT           Judge: S. Martin Teel, Jr.

---

PLEASE TAKE NOTICE that a hearing will be held in via teleconference

on May 13, 2020 at 10:30 AM

to consider and act upon the following:  at the request of the Court, the scheduling conference set for 5/12/2020 is continued to 5/13/2020 at 10:30 AM. The hearing will be a non−evidentiary telephonic hearing.

The parties may agree to continue the hearing in a consent notice filed with the court, or via email to Courtroom Deputy Aimee Mathewes.

The teleconference information can be obtained by emailing aimee_mathewes@dcb.uscourts.gov.

          Angela D. Caesar
          U.S. Bankruptcy Court

          BY: am

United States Bankruptcy Court
District of Columbia

Bioconvergence LLC,
    Plaintiff

Adv. Proc. No. 20-10009-SMT

Attariwala,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 1     Date Rcvd: May 11, 2020
                  Form ID: ntchrga    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2020.
dft          +Jaspreet Kaur Attariwala,    1390 Kenyon Street, N.W. #323,    Washington, DC 20010-7222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2020 at the address(es) listed below:
         Nelson C. Cohen    on behalf of Plaintiff    Bioconvergence LLC ncohen@wtplaw.com
                                                                                                                             TOTAL: 1